IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | NO. 3:09-0316 JUDGE NIXON |
| WILLIAM WESLEY TERRY, ) ) | MAGISTRATE KNOWLES JURY DEMANDED |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters and things in controversy have been compromised and settled, and that the parties have agreed that this matter should be dismissed with prejudice.

It is, therefore, ORDERED that this matter be and hereby is dismissed with prejudice. The parties shall bear their own costs.

_____
JOHN T. NIXON
SENIOR U.S. DISTRICT JUDGE